UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHL VARIABLE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> KRISTIAN GIORDANO; and THE YVONNE TRAVISANO FAMILY INSURANCE TRUST, by and through its trustee, BRENDA BARRERA, and DOES 1–100. <br><br> Defendants. | **Case No.** 1:10-cv-00568-OWW-SKO <br><br><br> **ORDER DISMISSING COMPLAINT OF PHL VARIABLE INSURANCE CO. PURSUANT TO F.R.C.P. 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to the Notice of Voluntary Dismissal (without prejudice) filed by Phoenix Life Insurance Company (Docket No. 7), Phoenix Life Insurance Company's complaint is dismissed.

IT IS SO ORDERED.

Dated: **April 8, 2010**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE